No. 816. C. H. MUSSELMAN Co. *v.* ALDERSON, STATE TAX COMMISSIONER.

January 19, 1942. *Per Curiam:* The judgment is affirmed. *American Mfg. Co.* v. *St. Louis,* 250 U. S. 459; *Aponaug Mfg. Co.* v. *Stone,* 314 U. S. 577; *Department of Treasury* v. *Ingram-Richardson Mfg. Co.,* 313 U. S. 252, 254; *Brown* v. *Houston,* 114 U. S. 622; *McGoldrick* v. *Berwind-White Co.,* 309 U. S. 33, 51–53. *Messrs. Clarence E. Martin* and *Clarence E. Martin, Jr.,* for appellant. *Messrs. Clarence W. Meadows,* Attorney General of West Virginia, and *W. Holt Wooddell,* Assistant Attorney General, for appellee.